IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

VICTORIA HALL                                                          PLAINTIFF

v.                                          CIVIL ACTION NO.  1:26-cv-0047-GHD-DAS

JULIE POLEY; et al.                                                    DEFENDANTS

**ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

On consideration of the file and records in this action, the Court finds that the Report and

Recommendation [7] of the United States Magistrate Judge dated May 21, 2026, regarding the

denial of the Plaintiff's motion to proceed *in forma pauperis* and the dismissal of the Plaintiff's

claims for lack of subject matter jurisdiction, was on that date duly served upon the Plaintiff; that

more than fourteen days have elapsed since service of said Report and Recommendation; and that

no objection thereto has been filed or served by any party.  The Court is of the opinion that the

Report and Recommendation should be approved and adopted as the opinion of the Court.

The Court therefore **ORDERS** the following:

1)  the Report and Recommendation [7] of the United States Magistrate Judge dated May 21, 2026, is hereby approved and adopted as the opinion of the Court; and

2)  The Plaintiff's motion to proceed in forma pauperis [2] is DENIED; the Plaintiff's claims are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction; and this case is CLOSED.

SO ORDERED, this, the 10th day of June, 2026.

SENIOR U.S. DISTRICT JUDGE